In the Matter of the Estate of Henry Edward Winans, Deceased.
Larry Richard Manns, Claimant (Plaintiff) Appellant, v. Estate of Henry Edward Winans, Deceased, Herman V. Meyer and Charles W. Wightman, Executors, Defendants-Appellees.

Gen. No. 66–39. (Abstract of Decision.)

Fifth District.
December 8, 1966.

Emerson Baetz, of Alton, for appellant; F. Edward Todd, of East Alton, and Green & Hoagland, of Alton (Robert B. Maucker, of counsel), for appellees. Opinion by PRESIDING JUSTICE GOLDENHERSH. Not to be published in full.